Commonwealth ex rel. Slempa, Appellant, *v.*
Rundle.

Submitted July 24, 1964. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Walter Slempa*, petitioner, in propria persona.

*Pasco L. Schiavo*, Assistant District Attorney, *Rob-
ert J. Hourigan*, First Assistant District Attorney, and
*Thomas E. Mack*, District Attorney, for respondent.

OPINION PER CURIAM, November 10, 1964:

In the light of our decisions in *Commonwealth ex
rel. O'Lock v. Rundle*, 415 Pa. 515, 204 A. 2d 439 (1964),
and *Commonwealth ex rel. Goodfellow v. Rundle*, 415
Pa. 528, 204 A. 2d 446 (1964), allocatur is granted
in the above case. The orders of the Superior Court
and the Court of Common Pleas of Luzerne County
are reversed and the record is remanded to the court
of original jurisdiction with directions to issue the
writ and order a retrial.